**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MONTANA**

In re:   **BLACK BULL RUN DEVELOPMENT LLC**

Case No. _____

Debtor

Chapter **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **4** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:   **3/26/2010** _____

Signed:   **s/ STEPHEN M. BARRETT**
**STEPHEN M. BARRETT**

Signed:   **/s/James A. Patten** _____
**JAMES A. PATTEN**
Attorney for Debtor(s)
Bar no.:   **1191**
**PATTEN, PETERMAN, BEKKEDAHL & GREEN PLLC**
**2817 2ND AVENUE NORTH**
**STE 300**
**BILLINGS, MT 59101**
Telephone No.:   **406-252-8500**
Fax No.:
E-mail address:   **japatten@ppbglaw.com**

| **United States Bankruptcy Court**<br>**District of Montana** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**BLACK BULL RUN DEVELOPMENT LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **20-4645125** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>**P.O. BOX 10969**<br>**BOZEMAN, MT**<br><br>ZIP CODE   **59771-0969** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**GALLATIN** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**BOZEMAN, MT** | ZIP CODE   **59718** |
|---|---|

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☑ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**BLACK BULL RUN DEVELOPMENT LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X   <u>Not Applicable</u><br>    Signature of Attorney for Debtor(s)       Date</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐   Yes, and Exhibit C is attached and made a part of this petition.<br>☑   No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>       _____<br>       (Name of landlord that obtained judgment)<br><br>       _____<br>       (Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **BLACK BULL RUN DEVELOPMENT LLC** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __Not Applicable_____
    Signature of Debtor

X __Not Applicable_____
    Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X __Not Applicable_____
   (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney**

X __/s/James A. Patten_____
    Signature of Attorney for Debtor(s)

**JAMES A. PATTEN  Bar No.  1191**
Printed Name of Attorney for Debtor(s) / Bar No.

**PATTEN, PETERMAN, BEKKEDAHL & GREEN PLLC**
Firm Name

**2817 2ND AVENUE NORTH STE 300**

Address

**BILLINGS, MT 59101**

**406-252-8500**
Telephone Number

**3/26/2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X __Not Applicable_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __s/ STEPHEN M. BARRETT_____
    Signature of Authorized Individual

**STEPHEN M. BARRETT**
Printed Name of Authorized Individual

**VICE PRESIDENT**
Title of Authorized Individual

**3/26/2010**
Date

**UNITED STATES BANKRUPTCY COURT**
**District of Montana**

In re:   **BLACK BULL RUN DEVELOPMENT LLC** _____ .

Case No.

Debtor

Chapter   **11**

# Exhibit "A" to Voluntary Petition

1.       If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is .

2.       The following financial data is the latest available information and refers to debtor's condition on .

a.       Total assets                                                                $ _____ **16,317,640.75**

b.       Total debts (including debts listed in 2.c., below)                    $ _____ **42,764,570.90**

Approximate
number of
holders

c.       Debt securities held by more than 500 holders.

secured                unsecured                subordinated      _____                _____

d.       Number of shares of preferred stock                                      _____                _____

e.       Number of shares of common stock                                        _____                _____

Comments, if any:

3.       Brief description of debtor's business:

**REAL ESTATE DEVELOPMENT COMPANY**

4.       List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

# United States Bankruptcy Court

## District of Montana

In re:                                                    Case No. _____

                                                          Chapter    **11**

**BLACK BULL RUN DEVELOPMENT LLC**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **STEPHEN M. BARRETT**, declare under penalty of perjury that I am the **VICE PRESIDENT** of **BLACK BULL RUN DEVELOPMENT LLC**, a **MONTANA** Corporation and that on **2/10/10** the following resolution was duly adopted by the  of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **STEPHEN M. BARRETT**, **VICE PRESIDENT** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **STEPHEN M. BARRETT**, **VICE PRESIDENT** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **STEPHEN M. BARRETT**, **VICE PRESIDENT** of this Corporation, is authorized and directed to employ **JAMES A. PATTEN**, attorney and the law firm of **PATTEN, PETERMAN, BEKKEDAHL & GREEN PLLC** to represent the Corporation in such bankruptcy case."

Executed on:   **3/26/2010**_____          Signed:     _s/ STEPHEN M. BARRETT_____

                                                                STEPHEN M. BARRETT

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of Montana

In re **BLACK BULL RUN DEVELOPMENT LLC**                              , Case No. _____

Debtor                                                        Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| LA JOLLA BANK<br>390 WESI VALLEY PARKWAY<br>ESCONDIDO CA 92025 | | Mortgage | | $18,950,447.92<br><br>SECURED VALUE:<br>$13,000,000.00 |
| CIRCLE F, LLC<br>P.O. BOX 130<br>THREE FORKS, MT 59752 | | | | $171,327.17 |
| FORTUNA INVESTMENTS LLC<br>P.O. BOX 2569<br>RANCHO SANTA FE, CA 9206 | | | | $150,000.00 |
| BRODY BRYANT<br>4265 PLAYERS CIRCLE<br>ORLANDO, FL 32808 | | | | $61,276.94 |
| CLAYTON COLE<br>1900 E. GIRARD PLACE<br>NO. 1504<br>ENGLEWOOD, CO 80113 | | | | $60,000.00 |
| ALTERNATIVE STAFFING<br>DBA LC STAFFING<br>626 FERGUSON AVE #5<br>BOZEMAN, MT 59718-6409 | | | | $52,332.08 |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re  **BLACK BULL RUN DEVELOPMENT LLC** _____ ,   Case No. _____

Debtor                                                    Chapter   11 _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ALAN & RASSABY & JENNIFER RYAN 274 HIGH COUNTRY D BOZEMAN, MT 59715 | | | | $45,853.40 |
| CROP PRODUCTION SERVICES P.O. BOX 1954 GREELEY, CO 80632-1954 | | | | $25,839.00 |
| CAREER CONCEPTS AKA EXPRESS PERSONNEL 2419 W. MAIN ST. #4 BOZEMAN, MT 59715 | | | | $23,608.49 |
| J.R. SIMPLOT PARTNERS DEPT. NUMBER 1136 LOS ANGELES, CA 90084 | | | | $20,839.24 |
| BRICKHOUSE ATTN: KAYLYN 402 E. MAIN, NO. 6 BOZEMAN, MT 59715 | | | | $15,943.65 |
| ADVANTAGE TENNIS 212 SPENCER ROAD LIBBY, MT 59923 | | | | $14,781.70 |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re  **BLACK BULL RUN DEVELOPMENT LLC**                                    ,    Case No. _____
                                              Debtor                              Chapter   11 _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **GREENHAUS INC.**<br>**2660 1ST AVENUE**<br>**SAN DIEGO, CA 92103** | | | | **$14,670.00** |
| **WAGNER, EUBANK & NICHOLS**<br>**5950 BERKSHIRE LN**<br>**SUITE 300**<br>**DALLAS, TX 75225** | | | | **$13.598.25** |
| **MCLEES INC.**<br>**PO BOX 1080**<br>**BELGRADE, MT 59714** | | | | **$10,700.00** |
| **RICHARD & NANCY BLOCK**<br>**FAMILY TRUST**<br>**P.O. BOX 2569**<br>**RANCHO SANTA FE CA 92067** | | | | **$10,000.00** |
| **WINSTEAD PC**<br>**5400 RENAISSANCE TOWER**<br>**1201 ELM ST.**<br>**DALLAS, TX 75270-2199** | | | | **$9,328.57** |
| **LOCATI INTERIORS**<br>**1007 E. MAIN ST**<br>**STE 202**<br>**BOZEMAN, MT 59715** | | | | **$8,931.06** |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **BLACK BULL RUN DEVELOPMENT LLC**                                        ,   Case No. _____

                                                       Debtor                          Chapter    **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **CLB CAPITAL PARTNERS**<br>**16250 DALLAS PKWAY**<br>**SUITE 201**<br>**DALLAS, TX 75248** | | | | **$8,131.01** |
| **BIG SKY JOURNAL**<br>**1050 E. MAIN ST.**<br>**BOZEMAN, MT 59715** | | | | **$5.959.70** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, STEPHEN M. BARRETT, VICE PRESIDENT of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **3/26/2010** _____          Signature:   **s/ STEPHEN M. BARRETT** _____

                                                          **STEPHEN M. BARRETT ,VICE PRESIDENT** _____
                                                          (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**B6A (Official Form 6A) (12/07)**

In re:  **BLACK BULL RUN DEVELOPMENT LLC** _____ .  Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **BLACK BULL SUBDIVISION CONSISTS OF REAL PROPERTY DESCRIBED AS THE FINAL PLAT OF BLACK BULL SUBDIVISION, PHASE 1, LOCATED IN THE NORTHEAST ONE-QUARTER, SOUTHEAST ONE-QUARTER AND SOUTHWEST ONE-QUARTER OF SECTION 6, AND THE NORTHEAST ONE-QUARTER AND NORTHWEST ONE-QUARTER OF SECTION 7, TOWNSHIP 2 SOUTH, RANGE 5 EAST, P.M.M., GALLATIN COUNTY, MONTANA, ACCORDING TO THE OFFICIAL PLAT THEREOF ON FILE AND OF RECORD IN THE OFFICE OF THE COUNTY CLERK AND RECORDER OF GALLATIN COUNTY, MONTANA.** **Fee Owner** | | | **$13,000,000.00** | **$38,254,350.84** |

**LEGAL DESCRIPTION OF PHASE II = NE1/4 AND SE1/4 OF SECTION 6, T2S R5E**
**LEGAL DESCRIPTION OF THE GOLF COURSE = NE1/4, SE1/4, AND SW1/4 OF SECTION 6, T2S R5E AND NE1/4 AND NW1/4 OF SECTION 7, T2S R5E.**

**TOTAL SUBDIVISION ACREAGE = 483.65 ACRES**
**PHASE I ACREAGE = 398.06 ACRES**
**PHASE II ACREAGE = 85.59 ACRES**

**TOTAL NUMBER OF LOTS = 378 LOTS**
**NUMBER OF PHASE I LOTS = 300 LOTS**
**NUMBER OF PHASE II LOTS = 78 LOTS**

**TOTAL NUMBER OF TRACTS = 3**
**NUMBER OF PHASE I TRACTS = 2 TRACTS**
**NUMBER OF PHASE II TRACTS = 1 TRACT**

**UN-SOLD LOTS IN BLACK BULL, PHASE 1**

**B6A (Official Form 6A) (12/07) - Cont.**

In re:   **BLACK BULL RUN DEVELOPMENT LLC**                    Case No. _____
                                                                                                                              **(If known)**
                          **Debtor**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **LOTS 1, 3-6, 8-17, 22, 24, 30, 37-64, 67-74, 76-81, 83,84, 86-90, 91, 94, 96-109, 111, 112, 114-121, 124-130, 135, 136, 146, 148, 151-159, 161, 164, 166-194, 196-198, 202-207, 209-220, 222-242, 244-280, 282-284, 286, 287, 289-340, 343, 346-350 AND TRACTS 1 AND 2 OF THE FINAL PLAT OF BLACK BULL SUBDIVISION, PHASE 1, LOCATED IN THE NORTHEAST ONE-QUARTER, SOUTHEAST ONE-QUARTER AND SOUTHWEST ONE-QUARTER OF SECTION 6, AND THE NORTHEAST ONE-QUARTER AND NORTHWEST ONE-QUARTER OF SECTION 7, TOWNSHIP 2 SOUTH, RANGE 5 EAST, P.M.M., GALLATIN COUNTY, MONTANA, ACCORDING TO THE OFFICIAL PLAT THEREOF ON FILE AND OF RECORD IN THE OFFICE OF THE COUNTY CLERK AND RECORDER OF GALLATIN COUNTY, MONTANA.**<br><br>**INCLUDING MINERAL RIGHTS** | | | | |

                                                                  Total   ➢   **$13,000,000.00**
                                                                                  (Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  __BLACK BULL RUN DEVELOPMENT LLC_____,     Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **GUARANTY BANK** | | **123.75** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **UNSOLD MEMBERSHIPS** | | **2,600,000.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **NOTE RECEIVABLE FROM MONTANA CLUB, LLC** | | **701,492.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **BLACK BULL RUN DEVELOPMENT LLC**                    ,          Case No. _____
　　　　　　　　　　　　Debtor                                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | | **U.S. TRADEMARK  "BLACK BULL DESIGN"** | | 0.00 |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1969 CHECKER BUS** | | 25.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 GMC YKN** | | 7,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 CHEVROLET SLV** | | 9,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re    <u>BLACK BULL RUN DEVELOPMENT LLC</u> ,          Case No. _____
                     **Debtor**                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | | **WATER RIGHTS**<br>**IRRIGATION**<br>**41H 154087 00**<br>**41H 154088 00**<br>**41H 154089 00**<br><br>**STOCK WATER**<br>**41H 163403**<br>**41H 163404**<br><br>**CANAL WATER (IRRIGATION**<br>**LOWER MIDDLE CREEK SUPPLY DITHC, INC. 235 SHARES**<br>**FARMERS CANAL DITCH COMPANY 2 45/100 SHARES** | | 0.00 |

<u>    2    </u>  continuation sheets attached          Total ➢ | **$3,317,640.75**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re   **BLACK BULL RUN DEVELOPMENT LLC**                    .          Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | **CONSTRUCTION LIEN PHASE II ENGINEERING PHASE I CONSTRUCTION SERVICES** | | | | 54,313.39 | 0.00 |
| **ALLIED ENGINEERING 32 DISCOVERY DR BOZEMAN, MT 59718** | | | **(SEE SCHEDULE A)** | | | | | |
| | | | **VALUE $13,000,000.00** | | | | | |
| ACCOUNT NO. | | | **CONSTRUCTION LIEN TREE SERVICES** | | | | 9,300.00 | 0.00 |
| **ARBOR MEDIC PO BOX 10305 BOZEMAN, MT 59719** | | | **(SEE SCHEDULE A)** | | | | | |
| **ARBOR MEDIC 24727 FRONTAGE RD BOZEMAN, MT 59718** | | | **VALUE $13,000,000.00** | | | | | |
| ACCOUNT NO. | | | **CONSTRUCTION LIEN GOLFCOURSE LANDSCAPING S & T CENTER LANDSCAPING** | | | | 96,576.92 | 0.00 |
| **CASHMAN NURSERY & LANDSCAPING PO BOX 10242 BOZEMAN, MT 59718** | | | **(SEE SCHEDULE A)** | | | | | |
| | | | **VALUE $13,000,000.00** | | | | | |

8     continuation sheets
      attached

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| $ | 160,190.31 | $ | 0.00 |
|---|---|---|---|
| $ | | $ | |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re   **BLACK BULL RUN DEVELOPMENT LLC**                              .        Case No.   _____
                                                                                                    **(If known)**
                              **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 31,005.35 | 0.00 |
| DON KIRBY ELECTRIC, INC. 123 BENNETT DR BOZEMAN, MT 59715 | | | CONSTRUCTION LIEN ELECTRICAL CONSTRUCTION (SEE SCHEDULE A) VALUE $13,000,000.00 | | | | | |
| ACCOUNT NO. | | | | | | | 65,105.18 | 0.00 |
| EICHORN CONSTRUCTION 9450 DRY CREEK RD BELGRADE, MT 59714 | | | CONSTRUCTION LIEN MISC. CONSTRUCTION (SEE SCHEDULE A) VALUE $13,000,000.00 | | | | | |
| ACCOUNT NO. | | | | | | | 8,236.13 | 0.00 |
| EXPRESS EMPLOYMENT PROF PO BOX 730039 DALLAS, TX 75373- | | | CONSTRUCTION LIEN TEMPORARY HELP (SEE SCHEDULE A) VALUE $13,000,000.00 | | | | | |
| ACCOUNT NO. | | | | | | | 275,359.93 | 0.00 |
| GALLATIN COUNTY 311 WEST MAIN, RM 210 BOZEMAN, MT 59718 | | | PROPERTY TAXES - 1ST HALF DUE 12/5/08 - $78,798.99 PROPERBY TAXES - 2ND HALF DUE 5/31/09 $78,795.25 PROPERTY TAXES - 1ST HALF DUE 11/30/09 - $117,765.69 (SEE SCHEDULE A) VALUE $13,000,000.00 | | | | | |

Sheet no. _1_ of _8_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $   379,706.59 | $   0.00 |
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **BLACK BULL RUN DEVELOPMENT LLC** _____ .  Case No. _____

Debtor                                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | Mortgage | | | | 38,254,350.84 | 18,950,447.92 |
| LA JOLLA BANK 390 WESI VALLEY PARKWAY ESCONDIDO CA 92025 | | | **BLACK BULL SUBDIVISION CONSISTS OF REAL PROPERTY DESCRIBED AS THE FINAL PLAT OF BLACK BULL SUBDIVISION, PHASE 1, LOCATED IN THE NORTHEAST ONE-QUARTER, SOUTHEAST ONE-QUARTER AND SOUTHWEST ONE-QUARTER OF SECTION 6, AND THE NORTHEAST ONE-QUARTER AND NORTHWEST ONE-QUARTER OF SECTION 7, TOWNSHIP 2 SOUTH, RANGE 5 EAST, P.M.M., GALLATIN COUNTY, MONTANA, ACCORDING TO THE OFFICIAL PLAT THEREOF ON FILE AND OF RECORD IN THE OFFICE OF THE COUNTY CLERK AND RECORDER OF GALLATIN COUNTY, MONTANA. LEGAL DESCRIPTION OF PHASE II = NE1/4 AND SE1/4 OF SECTION 6, T2S R5E LEGAL DESCRIPTION OF THE GOLF COURSE = NE1/4, SE1/4, AND SW1/4 OF SECTION 6, T2S R5E AND NE1/4 AND NW1/4 OF SECTION 7, T2S R5E. TOTAL SUBDIVISION ACREAGE = 483.65 ACRES PHASE I ACREAGE = 398.06** | | | | | |

Sheet no. _2_ of _8_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ►
(Total of this page)

| $ 38,634,057.43 | $18,950,447.92 |
|---|---|

Total   ►
(Use only on last page)

| $ | $ |
|---|---|

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re  **BLACK BULL RUN DEVELOPMENT LLC**                    .          Case No. _____

                                    **Debtor**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | ACRES PHASE II ACREAGE = 85.59 ACRES<br><br>TOTAL NUMBER OF LOTS = 378 LOTS<br>NUMBER OF PHASE I LOTS = 300 LOTS<br>NUMBER OF PHASE II LOTS = 78 LOTS<br><br>TOTAL NUMBER OF TRACTS = 3<br>NUMBER OF PHASE I TRACTS = 2 TRACTS<br>NUMBER OF PHASE II TRACTS = 1 TRACT<br><br>UN-SOLD LOTS IN BLACK BULL, PHASE 1<br><br>LOTS 1, 3-6, 8-17, 22, 24, 30, 37-64, 67-74, 76-81, 83,84, 86-90, 91, 94, 96-109, 111, 112, 114-121, 124-130, 135, 136, 146, 148, 151-159, 161, 164, 166-194, 196-198, 202-207, 209-220, 222-242, 244-280, 282-284, 286, 287, 289-340, 343, 346-350 AND TRACTS 1 AND 2 OF THE FINAL PLAT OF BLACK BULL SUBDIVISION, PHASE 1, LOCATED IN THE NORTHEAST ONE-QUARTER, SOUTHEAST ONE-QUARTER AND SOUTHWEST ONE-QUARTER OF SECTION 6, AND THE | | | | | | |

Sheet no.  3  of  8  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➢
(Total of this page)                                             $ 38,634,057.43 | $18,950,447.92

Total  ➢
(Use only on last page)                                        $                          | $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re   **BLACK BULL RUN DEVELOPMENT LLC** _____ .          Case No. _____
                                                    Debtor                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | **NORTHEAST ONE-QUARTER AND NORTHWEST ONE-QUARTER OF SECTION 7, TOWNSHIP 2 SOUTH, RANGE 5 EAST, P.M.M., GALLATIN COUNTY, MONTANA, ACCORDING TO THE OFFICIAL PLAT THEREOF ON FILE AND OF RECORD IN THE OFFICE OF THE COUNTY CLERK AND RECORDER OF GALLATIN COUNTY, MONTANA.** **INCLUDING MINERAL RIGHTS** **VALUE $13,000,000.00** | | | | | |

Sheet no. _4_ of _8_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)                                        $ 38,254,350.84      $18,950,447.92

Total ➤
(Use only on last page)                                     $                    $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re __BLACK BULL RUN DEVELOPMENT LLC_____,     Case No. _____

                              Debtor                                             (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 2,400,000.00 | 0.00 |
| LEACHMAN ANGUS RANCH C/O JAY LEACHMAN 1690 E. BAXTER LANE BOZEMAN, MT 59718 | | | **Mortgage** **BLACK BULL SUBDIVISION CONSISTS OF REAL PROPERTY DESCRIBED AS THE FINAL PLAT OF BLACK BULL SUBDIVISION, PHASE 1, LOCATED IN THE NORTHEAST ONE-QUARTER, SOUTHEAST ONE-QUARTER AND SOUTHWEST ONE-QUARTER OF SECTION 6, AND THE NORTHEAST ONE-QUARTER AND NORTHWEST ONE-QUARTER OF SECTION 7, TOWNSHIP 2 SOUTH, RANGE 5 EAST, P.M.M., GALLATIN COUNTY, MONTANA, ACCORDING TO THE OFFICIAL PLAT THEREOF ON FILE AND OF RECORD IN THE OFFICE OF THE COUNTY CLERK AND RECORDER OF GALLATIN COUNTY, MONTANA.** **LEGAL DESCRIPTION OF PHASE II = NE1/4 AND SE1/4 OF SECTION 6, T2S R5E LEGAL DESCRIPTION OF THE GOLF COURSE = NE1/4, SE1/4, AND SW1/4 OF SECTION 6, T2S R5E AND NE1/4 AND NW1/4 OF SECTION 7, T2S R5E.** **TOTAL SUBDIVISION ACREAGE = 483.65 ACRES PHASE I ACREAGE = 398.06** | | | | | |

Sheet no. _5_ of _8_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal ▶ (Total of this page) | $ 40,654,350.84 |  $18,950,447.92 |
| Total ▶ (Use only on last page) | $ | $ |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **BLACK BULL RUN DEVELOPMENT LLC** _____ .          Case No. _____

                          Debtor                                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | ACRES PHASE II ACREAGE = 85.59 ACRES<br><br>TOTAL NUMBER OF LOTS = 378 LOTS<br>NUMBER OF PHASE I LOTS = 300 LOTS<br>NUMBER OF PHASE II LOTS = 78 LOTS<br><br>TOTAL NUMBER OF TRACTS = 3<br>NUMBER OF PHASE I TRACTS = 2 TRACTS<br>NUMBER OF PHASE II TRACTS = 1 TRACT<br><br>UN-SOLD LOTS IN BLACK BULL, PHASE 1<br><br>LOTS 1, 3-6, 8-17, 22, 24, 30, 37-64, 67-74, 76-81, 83,84, 86-90, 91, 94, 96-109, 111, 112, 114-121, 124-130, 135, 136, 146, 148, 151-159, 161, 164, 166-194, 196-198, 202-207, 209-220, 222-242, 244-280, 282-284, 286, 287, 289-340, 343, 346-350 AND TRACTS 1 AND 2 OF THE FINAL PLAT OF BLACK BULL SUBDIVISION, PHASE 1, LOCATED IN THE NORTHEAST ONE-QUARTER, SOUTHEAST ONE-QUARTER AND SOUTHWEST ONE-QUARTER OF SECTION 6, AND THE | | | | | | |

Sheet no. _6_ of _8_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢
(Total of this page)                                            $ 40,654,350.84  $18,950,447.92

Total ➢
(Use only on last page)                                        $                $

(Report also on Summary of Schedules)          (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re   **BLACK BULL RUN DEVELOPMENT LLC**                              .          Case No.

                              **Debtor**                                                            (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | **NORTHEAST ONE-QUARTER AND NORTHWEST ONE-QUARTER OF SECTION 7, TOWNSHIP 2 SOUTH, RANGE 5 EAST, P.M.M., GALLATIN COUNTY, MONTANA, ACCORDING TO THE OFFICIAL PLAT THEREOF ON FILE AND OF RECORD IN THE OFFICE OF THE COUNTY CLERK AND RECORDER OF GALLATIN COUNTY, MONTANA.**<br><br>**INCLUDING MINERAL RIGHTS**<br><br>_____<br>**VALUE $13,000,000.00** | | | | | |
| ACCOUNT NO.<br><br>**LIBERTY ELECTRIC**<br>**351 FLOSS FLAT**<br>**BELGRADE, MT 59714** | | | **CONSTRUCTION LIEN ELECTRICITY**<br><br>**(SEE SCHEDULE A)**<br>_____<br>**VALUE $13,000,000.00** | | | | 18,730.29 | 0.00 |
| ACCOUNT NO.<br><br>**RASMUSSEN CONCRETE**<br>**240 BUCKSKIN 1A**<br>**BELGRADE, MT 59714** | | | **CONSTRUCTION LIEN COMFORT STAT CONSTRUCTION SERVICES**<br><br>**(SEE SCHEDULE A)**<br>_____<br>**VALUE $13,000,000.00** | | | | 1,900.00 | 0.00 |

Sheet no. _7_ of _8_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | |
|---|---|
| $ 2,420,630.29 | $ 0.00 |
| $ | $ |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **BLACK BULL RUN DEVELOPMENT LLC**                     .          Case No. _____
                                    **Debtor**                                                       **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | 42,572.01 | 0.00 |
| **SCHLAUCH BOTTCHER CONST** **2010  GILKERSON** **BOZEMAN, MT 59715** | | | **CONSTRUCTION LIEN** **PHASE I COMFORT** **STATION/PUMP HOUSE** **GOLFCOURSE CLOCK TOWER** **CONMFORT STATION** **(SEE SCHEDULE A)** **VALUE $13,000,000.00** | | | | | |
| **ACCOUNT NO.** | | | | | | | 582,818.72 | 0.00 |
| **SIME CONSTRUCTION, INC** **7720 A SHEDHORN DR** **PMB 140** **BOZEMAN, MT 59718** | | | **CONSTRUCTION LIEN** **PHASE I STREETS** **PHASE I STREETS - CHNG** **ORDER 24** **PHASE I STREETS FC CHGS** **(SEE SCHEDULE A)** **VALUE $13,000,000.00** | | | | | |
| **ACCOUNT NO.** | | | | | | | 117,985.00 | 0.00 |
| **TRAPPER PEAK** **PO BOX 184** **306 BRODWAY** **WILLOW CREEK, MT 59760** | | | **CONSTRUCTION LIEN** **PHASE I LANDSCAPING** **(SEE SCHEDULE A)** **VALUE $13,000,000.00** | | | | | |

Sheet no.  8 of  8 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| $ | 743,375.73 | $ | 0.00 |
|---|---|---|---|
| $ | 41,958,253.76 | $ | 8,950,447.92 |

(Report also on Summary of   (If applicable, report
Schedules)                              also on Statistical
                                              Summary of Certain
                                              Liabilities and
                                              Related Data.)

**B6E (Official Form 6E) (12/07)**

In re   **BLACK BULL RUN DEVELOPMENT LLC** _____   Case No. _____
                                                    Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  continuation sheets attached

**B6E (Official Form 6E) (12/07) – Cont.**

In re   **BLACK BULL RUN DEVELOPMENT LLC**                                    Case No.   _____
                                                                                              (If known)
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br><br>**MONTANA DEPT OF REVENUE<br>KIM DAVIS, BANKRUPTCY SP<br>PO BOX 7701<br>HELENA, MT 596040-7701** | | | | | | | **0.00** | **0.00** | **$0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▷<br>(Totals of this page) | $ **0.00** | $ **0.00** | $ **0.00** |
| Total ▷<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **0.00** | | |
| Total ▷<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **0.00** | $ **0.00** |

B6F (Official Form 6F) (12/07)

In re __BLACK BULL RUN DEVELOPMENT LLC_____
                              Debtor

Case No. _____
                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **ABC RENTAL** <br> **80 SHIRE TRAIL** <br> **BOZEMAN, MT 59718** | | | **RENTAL EQUIPMENT FOR CONSTRUCTION** <br><br> **2008 - 2009** | | | | 2,124.23 |
| ACCOUNT NO. <br><br> **ADVANTAGE TENNIS** <br> **212 SPENCER ROAD** <br> **LIBBY, MT 59923** | | | **S & T CENTER 2 TENNIS COURT SURFACES** <br><br> **2008 - 2009** | | | | 14,781.70 |
| ACCOUNT NO. <br><br> **ALAN & RASSABY & JENNIFER RYAN** <br> **274 HIGH COUNTRY D** <br> **BOZEMAN, MT 59715** | | | **LEASE OF MODEL HOME** | | | | 45,853.40 |
| ACCOUNT NO. <br><br> **ALTERNATIVE STAFFING** <br> **DBA LC STAFFING** <br> **626 FERGUSON AVE #5** <br> **BOZEMAN, MT 59718-6409** <br><br> **JAMES C. BARTLETT** <br> **P.O. BOX 2819** <br> **KALISPELL, MT 59903-2819** | | | **JUDGMENT ENTERED 12/2/09** | | | | 52,332.08 |

__15__ Continuation sheets attached

Subtotal ➤ | $ | 115,091.41

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **BLACK BULL RUN DEVELOPMENT LLC** _____     Case No. _____
          Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 4,500.00 |
| ART OUTDOOR ADVERTISING 600 BROADWAY TOWNSEND, MT 59644 | | | MARKETING ADVERTISING 2008 - 2009 | | | | |
| ACCOUNT NO. | | | | | | | 5,959.70 |
| BIG SKY JOURNAL 1050 E. MAIN ST. BOZEMAN, MT 59715 | | | MARKETING ADVERTISING 2008 - 2009 | | | | |
| ACCOUNT NO. | | | | | | | 180.00 |
| BLIND GUY PMB-115 1627 WEST MAIN BOZEMAN, MT 59715 | | | BLINDS 2008 - 2009 | | | | |
| ACCOUNT NO. | | | | | | | 1,250.00 |
| BOB CLARKSON 4107 RAW ROPER RD. BOZEMAN, MT 59715 | | | GOLF COURSE DESIGN CONSULTANT 2008 - 2009 | | | | |
| ACCOUNT NO. | | | | | | | 315.00 |
| BOZEMAN CHAMBER COMMERCE 2000 COMMERCE WAY BOZEMAN, MT 59715 | | | ANNUAL MEMBERSHIP DUES 2008 - 2009 | | | | |

Sheet no. _1_ of _15_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **12,204.70**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **BLACK BULL RUN DEVELOPMENT LLC**                          Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 450.00 |
| BOZEMAN CONCIERGE SVCS 11 GREEN TREE DRIVE BELGRADE, MT 59714 | | | MARKETING MODEL HOME STOCKING & CLEANING  2008 - 2009 | | | | |
| ACCOUNT NO. | | | | | | | 1,598.75 |
| BOZEMAN DAILY CHRONICLE PO BOX 1190 BOZEMAN, MT 59771 | | | MARKETING MARKETING-FC CHG 2008 - 2009 | | | | |
| ACCOUNT NO. | | | | | | | 20.25 |
| BOZEMAN SAFE & LOCK 2304 F NORTH 7th AVE BOZEMAN, MT 59715 | | | LOCK REPAIRS AND REPLACEMENT 2008 - 2009 | | | | |
| ACCOUNT NO. | | | | | | | 15,943.65 |
| BRICKHOUSE ATTN: KAYLYN 402 E. MAIN, NO. 6 BOZEMAN, MT 59715 | | | MARKETING  2008 - 2009 | | | | |
| ACCOUNT NO. | | | | | | | 61,276.94 |
| BRODY BRYANT 4265 PLAYERS CIRCLE ORLANDO, FL 32808 | | | LEASE OF MODEL HOME | | | | |

Sheet no. 2 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $ **79,289.59**

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **BLACK BULL RUN DEVELOPMENT LLC** _____ Case No. _____
                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 23,608.49 |
| **CAREER CONCEPTS AKA EXPRESS PERSONNEL** **2419 W. MAIN ST. #4** **BOZEMAN, MT 59715** **MARGOT E. BARG** **WITTICH LAW FIRM** **602 FERGUSON AVENUE** **SUITE 5** **BOZEMAN, MT 59718** | | | **CONSTRUCTION/MAINTENANCE** **TEMPORARY LABOR** **JUDGMENT ENTERED 12/31/09** | | | | |
| ACCOUNT NO. | | | | | | | 171,327.17 |
| **CIRCLE F, LLC** **P.O. BOX 130** **THREE FORKS, MT 59752** | | | **PH I INFRASTRUCTURE STREETS - FC** **2008 - 2009** | | | | |
| ACCOUNT NO. | | | | | | | 3,999.20 |
| **CIRCLE S SEEDS OF MONTANA, INC** **PO BOX 130** **THREE FORKS, MT 59752** | | | **GOLFCOURSE LANDSCAPING** **2008 - 2009** | | | | |
| ACCOUNT NO. | | | | | | | 60,000.00 |
| **CLAYTON COLE** **1900 E. GIRARD PLACE** **NO. 1504** **ENGLEWOOD, CO 80113** | | | **GOLF CONSULTANT** **2008 - 2009** | | | | |

Sheet no. _3_ of _15_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **258,934.86**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **BLACK BULL RUN DEVELOPMENT LLC** _____         Case No. _____
                                                Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 8,131.01 |
| **CLB CAPITAL PARTNERS** **16250 DALLAS PKWAY** **SUITE 201** **DALLAS, TX 75248** | | | **MARKETING REIMBURSEMENT** **2008 - 2009** | | | | |
| ACCOUNT NO. | | | | | | | 4,617.10 |
| **COLOR WORLD PRINTERS** **201 E. MENDENHALL ST** **PO BOX 1088** **BOZEMAN, MT 59771** | | | **MARKETING BROCHURE AND MARKETING BROCHURE SERVICE CHARGE** **TRANSWORLD SYS COLLECTION** **2008 - 2009** | | | | |
| ACCOUNT NO. | | | | | | | 332.00 |
| **COMPUTER TROUBLESHOOTERS** **200 SOUTH 23RD AVE** **SUITE D7-131** **BOZEMAN, MT 59718-3965** | | | **COMPUTER REPAIRS** **2008 - 2009** | | | | |
| ACCOUNT NO. | | | | | | | 25,839.00 |
| **CROP PRODUCTION SERVICES** **P.O. BOX 1954** **GREELEY, CO 80632-1954** **DIRK LARSEN** **P.O. BOX 192** **GREAT FALLS, MT 59403** | | | **AGRICUTURAL SERVICES** **2008 - 2009** | | | | |

Sheet no.  4  of  15  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➢   $                    38,919.11

Total   ➢   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   BLACK BULL RUN DEVELOPMENT LLC _____     Case No. _____
                          Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,471.10 |
| CT CORPORATION PO BOX 4349 CAROL STRM, IL 60197 | | | DE FRANCHISE TAXES, DE & MT LEGAL REPRESENTATION & DE REPRESENTATION  2008 - 2009 | | | | |
| ACCOUNT NO. | | | | | | | 1,385.00 |
| D.R. MUNDELIUS 7250 SADDLE MTN RD BOZEMAN, MT 59715 | | | MARKETING MODEL CLEANING  2008 - 2009 | | | | |
| ACCOUNT NO. | | | | | | | 3,373.60 |
| DAVIS BUSINESS MACHINES 1429 HELENA AVE HELENA, MT 59601 | | | OFFICE EQUIPMENT SUPPLY REPAIR AND MAINTENANCE 2008 - 2009 | | | | |
| ACCOUNT NO. | | | | | | | 3,227.31 |
| DONEY, CROWLEY, BLOOMQUIST, PAYNE UDA PO BOX 1185 HELENA, MT 59624 | | | LEGAL FEES  2008 - 2009 | | | | |
| ACCOUNT NO. | | | | | | | 47.88 |
| FEDEX CUSTOMER RELATIONS 3875 AIRWAYS, MODULE #3 DEPARTMENT 4634 MEMPHIS, TN 38116 | | | FEDERAL EXPRESS CHARGES  2008 -2009 | | | | |

Sheet no. 5 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $         9,504.89

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **BLACK BULL RUN DEVELOPMENT LLC**  Case No. _____
                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 3,397.04 |
| FLYING HORSE COMMUNICATIONS 602 FERGUSON AVE, STE 1 BOZEMAN, MT 59718<br><br>MARGARET M. READER 716 SOUTH 20TH AVENUE SUITE 101 BOZEMAN, MT 59718 | | | MARKETING, MATERIALS AND WEBSITE DEVELOPMENT<br><br>2008 - 2009 | | | | |
| ACCOUNT NO. | | | | | | | 150,000.00 |
| FORTUNA INVESTMENTS LLC P.O. BOX 2569 RANCHO SANTA FE, CA 9206 | | | PROMISSORY NOTE DATED 10/23/09 | | | | |
| ACCOUNT NO. | | | | | | | 584.00 |
| GALLATIN INSULATION 1700 AMSTERDAM RD. BELGRADE, MT 59714 | | | INSULATION<br><br>2008 - 2009 | | | | |
| ACCOUNT NO. | | | | | | | 1,590.00 |
| GALLATIN VALLEY SOD PO BOX 10700 BOZEMAN, MT 59719 | | | S & T CENTER LANDSCAPE | | | | |

Sheet no. 6 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ 155,571.04

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **BLACK BULL RUN DEVELOPMENT LLC**                    Case No. _____
                    Debtor                                                                   **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 585.00 |
| **GIESEN KENNY PA** **16017 N. FLORIDA AVE** **SUITE 116** **LUTZ, FL 33549** | | | **LEGAL FEES** **2008 - 2009** | | | | |
| ACCOUNT NO. | | | | | | | 275.00 |
| **GORDON GREGORY PHOTOGRAPHY** **94 W. FIELDVIEW CIRCLE** **BOZEMAN, MT 59715** | | | **HRTZ AIRPORT FLYER ADVERTISING** **2008 - 2009** | | | | |
| ACCOUNT NO. | | | | | | | 14,670.00 |
| **GREENHAUS INC.** **2660 1ST AVENUE** **SAN DIEGO, CA 92103** | | | **MARKETING STUDY** **2008 - 2009** | | | | |
| ACCOUNT NO. | | | | | | | 5,201.33 |
| **H S A DESIGN** **42-575 MELANIE PLACE** **SUITE S** **PALM DESERT, CA 92211** | | | **MARKETING STUDY** **2008 - 2009** | | | | |
| ACCOUNT NO. | | | | | | | 2,700.00 |
| **HIGHLINE CROSSING TREE FARM** | | | **GOLFCOURSE PINE TREES** **2008 - 2009** | | | | |

Sheet no. _7_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $         **23,431.33**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **BLACK BULL RUN DEVELOPMENT LLC**                                      Case No. _____
                              Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 913.80 |
| **INK OUTSIDE THE BOX** PO BOX 1376 BOZEMAN, MT 59771-1376 | | | **MARKETING SIGNAGE** 2008- 2009 | | | | |
| ACCOUNT NO. | | | | | | | 1,328.00 |
| **INTERWEST TIRE FACTORY** 6460 JACKRABBIT LANE BELGRADE, MT 59714 | | | **REPLACEMENT TIRE** 2008 - 2009 | | | | |
| ACCOUNT NO. | | | | | | | 20,839.24 |
| **J.R. SIMPLOT PARTNERS** DEPT. NUMBER 1136 LOS ANGELES, CA 90084  **MARK D. PARKER** P.O. BOX 7212 BILLINGS, MT 59103 | | | **LANDSCAPE SERVICES** **JUDGMENT ENTERED 11/24/09** | | | | |
| ACCOUNT NO. | | | | | | | 895.00 |
| **JERECO STUDIOS** 627 E. PEACH ST SUITE E BOZEMAN, MT 59715-3005 | | | **MARKETING MATERIALS** 2008 - 2009 | | | | |

Sheet no.  8 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➢   $              **23,976.04**

Total   ➢   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **BLACK BULL RUN DEVELOPMENT LLC**                                      Case No. _____
                              Debtor                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **JUSTIN LUBKE** <br> **PO BOX 301** <br> **ENNIS, MT 59729** | | | **MARKETING SERVICES** <br> **2008 - 2009** | | | | **800.00** |
| ACCOUNT NO. <br><br> **KBOZ** <br> **PO BOX 20** <br> **BOZEMAN, MT 59718-2041** | | | **MARKETING** <br> **FCC CHARGE** <br> **2008 - 2009** | | | | **1,747.20** |
| ACCOUNT NO. <br><br> **KENCO SECURITY & TECH.** <br> **2621 W. COLLETE, E1** <br> **BOZEMAN, MT 59718-3982** | | | **SECURITY SERVICE** <br> **2008 - 2009** | | | | **83.00** |
| ACCOUNT NO. <br><br> **KEN'S COMMERCIAL REPAIR** <br> **P.O. BOX 1214** <br> **BELGRADE, MT 59714** | | | **EQUIPMENT REPAIR** <br> **2008 - 2009** | | | | **955.00** |
| ACCOUNT NO. <br><br> **LITTLE STINKERS SEPTIC SVC** <br> **PO BOX 10305** <br> **BOZEMAN, MT 59719** | | | **PARADE OF HOMES PORTABLES** <br> **2008 - 2009** | | | | **255.00** |

Sheet no.  9 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **3,840.20**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **BLACK BULL RUN DEVELOPMENT LLC**                    Case No. _____
                        Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 4,882.26 |
| **LOCATI ARCHITECTS** **1007 E. MAIN ST, STE 202** **BOZEMAN, MT 59715** | | | DEISGNED HOMES 2008- 2009 | | | | |
| ACCOUNT NO. | | | | | | | 8,931.06 |
| **LOCATI INTERIORS** **1007 E. MAIN ST** **STE 202** **BOZEMAN, MT 59715** | | | INTERIOR DESIGN SERVICE 2008 - 2009 | | | | |
| ACCOUNT NO. | | | | | | | 10,700.00 |
| **MCLEES INC.** **PO BOX 1080** **BELGRADE, MT 59714** | | | S & T CENTER CONSTRUCTION 2008 - 2009 | | | | |
| ACCOUNT NO. | | | | | | | 1,946.00 |
| **O'BERRY/CAVANAUGH** **20 E. MAIN ST.** **BOZEMAN, MT 59715** | | | MARKETING SERVICES FOR PARADE OF HOMES | | | | |
| ACCOUNT NO. | | | | | | | 327.00 |
| **OSTERMAN'S MINI WAREHOUSE** **11 ARDEN DRIVE** **BELGRADE, MT 59714** | | | STORAGE FEES 2008 - 2009 | | | | |

Sheet no.  10  of  15  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $        26,786.32

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **BLACK BULL RUN DEVELOPMENT LLC**                              Case No. _____
                       Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 216.00 |
| **PERSONALIZE IT 601 W. MENDENHALL BOZEMAN, MT 59715-3452** | | | **MARKETING SERVICES 2008 - 2009** | | | | |
| ACCOUNT NO. | | | | | | | 560.00 |
| **PETERSON FLOORING, INC 21 MILESTONE DR. BELGRADE, MT 59714** | | | **FLOORING MATERIAL 2008 - 2009** | | | | |
| ACCOUNT NO. | | | | | | | 2,750.00 |
| **PRIVATE COMMUNITIES REGISTRY INC. 6174 NO A1A VERO BEACH, FL 32963** | | | **MARKETING SERVICES 2008 - 2009** | | | | |
| ACCOUNT NO. | | | | X | X | | 1,971.89 |
| **QWEST - BANKRUPTCY DEPT 220 NORTH 5TH ST BISMARCK, ND 58501** **QWEST PO BOX 2348 SEATTLE, WA 98111** | | | **DAMAGE CLAIM 2008 - 2009** | | | | |

Sheet no.  11  of  15  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ≻  $                          **5,497.89**

Total  ≻  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **BLACK BULL RUN DEVELOPMENT LLC**                          Case No. _____
                    Debtor                                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 2,550.00 |
| **REESE TREE FARM** **5944 W. DRY CREED RD** **MANHATTAN, MT 59741** | | | **GOLFCOURSE LANDSCAPING TREES FOR LANDSCAPING 2008 - 2009** | | | | |
| ACCOUNT NO. | | | | | | | 10,000.00 |
| **RICHARD & NANCY BLOCK FAMILY TRUST P.O. BOX 2569 RANCHO SANTA FE CA 92067** | | | **PROMISSORY NOTE DATED 2/2/2010** | | | | |
| ACCOUNT NO. | | | | | | | 3,764.48 |
| **RMR GROUP** **415 WINDY PASS TRAIL** **GALLATIN GATEWY MT 59730** | | | **CONSTRUCTION** **2008 - 2009** | | | | |
| ACCOUNT NO. | | | | | | | 578.14 |
| **ROSCOE STEEL & CULVERT** **1501 S. 30TH ST W** **BILLINGS, MT 59101** | | | **PHASE I COMFORT STATION PUMP HOUSE 2008 - 2009** | | | | |
| ACCOUNT NO. | | | | | | | 2,475.00 |
| **SHELBY NORDHAGEN** **2925 LOGAN-TRIDENT RD** **THREE FORKS, MT 59752** | | | **WEB TRAFFIC REPORTS** | | | | |

Sheet no. <u>12</u> of <u>15</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $  **19,367.62**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **BLACK BULL RUN DEVELOPMENT LLC**                    Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SIERRA WEB ENTERPRISES | | | HERTZ AIRPORT FLYER PHOTO <br> 2008 - 2009 | | | | 100.00 |
| ACCOUNT NO. <br><br> SOUTHEAST PUBLICATIONS USA | | | ADVERTISING <br> 2008 - 2009 | | | | 748.00 |
| ACCOUNT NO. <br><br> SPARKLE BRIGHT WINDOWS <br> PO BOX 984 <br> BOZEMAN, MT 59771 | | | MARKETING MODEL CLEANING | | | | 350.00 |
| ACCOUNT NO. <br><br> SPEEDY PRINT <br> 405 W. MAIN ST <br> BOZEMAN, MT 59715 | | | MARKETING POSTCARDS AND MARKETING <br> 2008 - 2009 | | | | 3,124.90 |
| ACCOUNT NO. <br><br> THERMAL CREATIVE <br> 527 N. RIVER ROCK DR. <br> BELGRADE, MT 59714 | | | MARKETING WEBSITE <br> 2008 - 2009 | | | | 2,725.00 |

Sheet no. _13_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $            **7,047.90**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **BLACK BULL RUN DEVELOPMENT LLC**                     Case No. _____
                            Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,877.50 |
| **ULTIMATE PRESS** **PO BOX 11383** **BOZEMAN, MT 59771** | | | **MARKETING** **2008 - 2009** | | | | |
| ACCOUNT NO. | | | | | | | 615.72 |
| **UNITED PIPE & SUPPLY** **PO BOX 6326** **PORTLAND, OR 97228-6326** | | | **GOLFCOURSE IRRIGATION** **IRRIGATION PIPE & EQUIPMENT** **2008 - 2009** | | | | |
| ACCOUNT NO. | | | | | | | 170.03 |
| **VANN'S** **3623 BROOKS ST.** **MISSOULA, MT 59801** | | | **ELECTRONIC EQUIPMENT** **2008 - 2009** | | | | |
| ACCOUNT NO. | | | | | | | 13,598.25 |
| **WAGNER, EUBANK & NICHOLS** **5950 BERKSHIRE LN** **SUITE 300** **DALLAS, TX 75225** | | | **ACCOUNTING SERVICES** **2008 - 2009** | | | | |
| ACCOUNT NO. | | | **04/04/2005** | | | | **UNKNOWN** |
| **WEISKOPF ENTERPRISES** **7580 EAST GRAY ROAD** **SUITE 204** **SCOTTSDALE, AR 85260** | | | **GOLF COURSE DESIGN AGREEMENT** | | | | |

Sheet no.  14  of  15  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤   $                           16,261.50

Total   ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **BLACK BULL RUN DEVELOPMENT LLC**                     Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | X | X | | **UNKNOWN** |
| **WELLS FARGO FINANCIAL LEASING** P.O. BOX 6434 CAROL STREAM, IL 60197<br><br>**BRUCE M. SPENCER** P.O. BOX 1691 HELENA, MT 59624 | | | **LEASE WITH BLACK BULL GOLF CLUB, INC. (DEBTOR IS GUARANTOR)**<br><br>**2008 - 2009** | | | | |
| ACCOUNT NO. | | | | | | | 1,264.17 |
| **WILL CURETON** 16250 DALLAS SUITE 201 DALLAS, TX 75201 | | | **EXPENSE REIMBURSEMENT** **2008 - 2009** | | | | |
| ACCOUNT NO. | | | | | | | 9,328.57 |
| **WINSTEAD PC** 5400 RENAISSANCE TOWER 1201 ELM ST. DALLAS, TX 75270-2199 | | | **LEGAL FEES** **2008 -2009** | | | | |

Sheet no. __15__ of __15__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $          **10,592.74**

Total  ➢  $          **806,317.14**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:   **BLACK BULL RUN DEVELOPMENT LLC**_____,   Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **ALAN RASSABY & JENNIFER A RYAN**<br>**274 HIGH COUNTRY D**<br>**BOZEMAN, MT 59715** | **LEASE OF MODEL HOME** |
| **BLACK BULL HOMEOWNERS ASSOCIATION**<br>**P.O. BOX 1069**<br>**BOZEMAN, MT 59771-0969** | **HOME OWNERS ASSOCIATION** |
| **BLACKBULL CLUB HOMES LLC**<br>**1700 W. KOCH**<br>**BOZEMAN, MT 59715** | **DEVELOPMENT AGREEMENT** |
| **BRODY BRYANT**<br>**4265 PLAYERS CIRCLE**<br>**ORLANDO, FL 32808** | **LEASE OF MODEL HOME** |
| **FRASER INCORPORATED**<br>**AND NORTHWEST CONCEPTS**<br>**103 ALTON WAY**<br>**BELGRAD, MT 59714** | **SIGN LEASE** |
| **LEACHMAN ANGUS RANCH INC**<br>**1690 BAXTER LANE E**<br>**BOZEMAN, MT 59718** | **HOUSE LEASE** |

**B6H (Official Form 6H) (12/07)**

In re: **BLACK BULL RUN DEVELOPMENT LLC** _____.          Case No. _____
                              Debtor                                                        (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **CRAIG BRYANT**<br>**P.O. BOX 11506**<br>**BOZEMAN, MT 59719**<br><br>**WILL CURETON**<br>**16250 DALLAS**<br>**SUITE 201**<br>**DALLAS, TX 75201** | **LA JOLLA BANK**<br>**390 WESI VALLEY PARKWAY**<br>**ESCONDIDO CA 92025** |

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court
## District of Montana

In re **BLACK BULL RUN DEVELOPMENT LLC** _____,

Debtor

Case No. _____

Chapter ___11___

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 2 | $ 13.000.000.00 | | |
| B - Personal Property | YES | 3 | $ 3.317.640.75 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 9 | | $ 41.958.253.76 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 16 | | $ 806.317.14 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 34 | $ 16,317,640.75 | $ 42,764,570.90 | |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re   **BLACK BULL RUN DEVELOPMENT LLC**

Debtor

Case No. _____

(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **STEPHEN M. BARRETT**, the **VICE PRESIDENT** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **36**_____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **3/26/2010**_____

Signature:   **s/ STEPHEN M. BARRETT**

**STEPHEN M. BARRETT VICE PRESIDENT**

[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

# United States Bankruptcy Court
## District of Montana

In re:   **BLACK BULL RUN DEVELOPMENT LLC**                                    Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **BBR BOZEMAN CORPORATION**<br>**P.O. BOX 1069**<br>**BOZEMAN, MT 59771-0969** | | | **40 PERCENT** |
| **CLB BLACK BULL RUN LP**<br>**16250 KNOLL TRAIL**<br>**SUITE 201**<br>**DALLAS, TX 75248** | | | **60 PERCENT** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **STEPHEN M. BARRETT**, **VICE PRESIDENT** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:   __3/26/2010__                                    **s/ STEPHEN M. BARRETT**
                                                          **STEPHEN M. BARRETT ,VICE PRESIDENT**
                                                          Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B7 (Official Form 7) (12/07)

## UNITED STATES BANKRUPTCY COURT
### District of Montana

In re:  **BLACK BULL RUN DEVELOPMENT LLC**                           ,          Case No. _____

_____
                    Debtor                                                                              (If known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1.  Income from employment or operation of business

None
☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **460,000.00** | **GROSS INCOME** | **2009** |
| **-83,057.00** | **TOTAL INCOME** | **2008** |
| **855,029.00** | **TOTAL INCOME** | **2007** |

---

### 2.  Income other than from employment or operation of business

None
☑    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

---

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☐    a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **CROWLEY FLECK** | **1/20/10** | **5,000.00** | **0.00** |

**2**

None ☑  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☑  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

3

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| CROP PRODUCTION SERVICES VS. BLACK BULL RUN DEVELOPMENT, LLC DV 09-1204C | COLLECTION | MONTANA EIGHTEENTH JUDICIAL DISTRICT COURT GALLATIN COUNTY | PENDING |
| FLYING HORSE COMMUNICATION INC. VS. BLACK BULL RUN DEVELOPMENT, LLC CV 09-2807 | COLLECTION | JUSTICE COURT STATE OF MONTANA GALLATIN COUNTY | PENDING |
| DEBORAH R. MUNDELIUS DBA D.R. MUNDELIUS VS. BLACK BULL GOLF CLUB INC. AND BLACK BULL RUN DEVELOPMENT, LLC DV 09-1155A | COLLECTION | EIGHTEENTH JUDICIAL DISCTRICT COURT GALLATIN COUNTY | PENDING |
| CAREER CONCEPTS CORP VS. BLACK BULL RUN DEVELOPMENT, LLC DV 09-1253B | COLLECTION | MONTANA EIGHTEENTH JUDICIAL DISTRICT COURT GALLATIN COUNTY | JUDGMENT |
| J.R. SIMPLOT COMPANY VS. BLACK BULL RUN DEVELOPMENT, LLC DV 09-480C | COLLECTION | MONTANA EIGHTEENTH JUDICIAL DISTRICT COURT GALLATIN COUNTY | JUDGMENT |
| ALTERNATIVE STAFFING, INC. DBA LC STAFFING VS. BLACK BULL RUN DEVELOPMENT, LLC AND MIKE ROWE DV 08-1012C | COLLECTION | MONTANA EIGHTEENTH JUDICIAL DISTRICT COURT GALLATIN COUNTY | JUDGMENT |
| WELLS FARGO FINANCIAL LEASINGS INC. VS. BLACK BULL RUN DEVELOPMENT LLC ET AL. DV 09-1070C | COLLECTION | MONTANA EIGHTEENTH JUDICIAL DISTRICT COURT, GALLATIN COUNTY | PENDING |
| TRAPPER PEAK CONSTRUCTION, INC. VS. BLACK BULL RUN DEVELOPMENT,LLC ET AL DV 09-481B | COLLECTION | MONTANA EIGHTEENTH JUDICIAL DISTRICT COURT GALLATIN COUNTY | PENDING |

None ☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

### 5.  Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6.  Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7.  Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8.  Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

5

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **JAMES A. PATTEN 2817 2ND AVENUE NORTH STE.300 BILLINGS, MT 59101** | | **$5,500.00 ($1,039.00 FILING FEE; $4,61.00 LEGAL FEES)** |

## 10.  Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **ABLEIDINGER** | **02/26/2009** | **SOLD LOT 200 FOR $360,000** |
| **BLACK BULL CLUB HOMES** | **05/29/2008** | **SOLD LOT 163 FOR $200,000** |
| **BLACK BULL CLUB HOMES** | **06/27/2008** | **SOLD LOT 165 FOR $210,000** |
| **BLACK BULL CLUB HOMES** | **11/06/2008** | **SOLD LOT 160 FOR $220,000** |
| **CLUB HOME BUILDERS** | **01/09/2008** | **SOLD LOT 162 FOR $180,000** |
| **FORTUNA INVESTMENTS   POTENTIAL INSIDER** | **07/01/2009** | **SOLD LOT 95 FOR $100,000** |
| **GLICKMAN** | **09/15/2008** | **SOLD LOT 85 FOR $375,000** |
| **GODWIN** | **02/29/2008** | **SOLD LOT 134 FOR $395,000** |
| **MCGEE** | **01/22/2008** | **SOLD LOT 92 FOR $375,000** |
| **NELSON TRUST** | **03/24/2008** | **SOLD LOT 345 FOR $352,000** |
| **PEHL** | **01/16/2008** | **SOLD LOT 344 FOR $415,000** |
| **STAKER** | **03/26/2008** | **SOLD LOT 281 FOR $220,000** |

**6**

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

7

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.     List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.     List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

8

## 18. Nature, location and name of business

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **BLACK BULL RUN DEVELOPMENT** | **20-4645125** | **P.O. BOX 10969 BOZEMAN, MT 59771-0969** | **REAL ESTATE DEVELOPMENT COMPANY** | **03/28/2006** |

None ☐ b.       Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| **WINSTEAD PC** | **5400 RENAISSANCE TOWER 120 ELM ST. DALLAS, TX 75270-2199** |

## 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **WAGNER EUBANK & NICHOLS 5950 BERKSHIRE LN SUITE 300 DALLAS, TX 75225** | **2006 PRESENT** |

None ☐ b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **WILLIAMSAON, STAKER & BARTLE 1700 WEST KOCH BOZEMAN, MT 59715** | | |

9

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **WAGNER, EUBANK & NICHOLS** | **5950 BERKSHIRE LN**<br>**SUITE 300**<br>**DALLAS, TX 75225** |

None ☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                    DATE ISSUED

## 20.  Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|----------------------------------------------------------------|

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

## 21.  Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| **BBR BOZEMAN CORPORATION**<br>**P.O. BOX 1069**<br>**BOZEMAN, MT 59771-0969** | **MEMBER** | **40 PERCENT** |
| **CLB BLACK BULL RUN LP**<br>**16250 KNOLL TRAIL**<br>**SUITE 201**<br>**DALLAS, TX 75248** | **MEMBER** | **60 PERCENT** |

## 22.  Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

10

## 23. Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **3/26/2010**

Signature   **s/ STEPHEN M. BARRETT**

**STEPHEN M. BARRETT, VICE PRESIDENT**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

Form B1, Exhibit C
(9/01)

# UNITED STATES BANKRUPTCY COURT
## District of Montana

Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:                                              Case No.:

**BLACK BULL RUN DEVELOPMENT LLC**                  Chapter:  **11**
               Debtor(s)

Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

_____

_____

_____

_____

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

_____

_____

_____

_____

B 203
(12/94)

**UNITED STATES BANKRUPTCY COURT**
**District of Montana**

In re:      **BLACK BULL RUN DEVELOPMENT LLC**

Case No. _____

Chapter      **11** _____

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
   and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
   paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
   connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 5,500.00 |
   | Prior to the filing of this statement I have received | $ | 5,500.00 |
   | Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

   ☐ Debtor          ☒ Other (specify)      **RICHARD & NANCY BLOCH FAMILY TRUST**

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
      of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
      my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
      attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
   including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
        a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e)   [Other provisions as needed]
        **POST-PETITION SERVICES WILL BE BILLED OUT AT $275.00 PER HOUR FOR JAMES A. PATTEN, CRAIG D.
        MARTINSON, W. SCOTT GREEN, PATRICIA D. PETERMAN AND BRUCE O. BEKKEDHAL AND THE ATTORNEYS
        JULIANE E. LORE AND AMANDA R. LENNING WILL BE BILLED OUT AT $130.00 PER HOUR.  PARALEGALS WILL
        BE BILLED OUT AT $110.00 PER HOUR.**

        **THE UNDERSIGNED IS HOLDING A RETAINER OF $10,000.**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **3/26/2010**

**/s/James A. Patten**
**JAMES A. PATTEN, Bar No.  1191**

**PATTEN, PETERMAN, BEKKEDAHL & GREEN PLLC**
Attorney for Debtor(s)

# United States Bankruptcy Court
## District of Montana

In re   **BLACK BULL RUN DEVELOPMENT LLC**                Case No.

Debtor.                                                                        Chapter    **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **BLACK BULL RUN DEVELOPMENT LLC** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and
7007.1 state as follows:

_____ **X** _____   All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

| Owner | % of Shares Owned |
|---|---|
| **BBR BOZEMAN CORPORATION**<br>**P.O. BOX 1069**<br>**BOZEMAN, MT 59771-0969** | **40 PERCENT** |
| **CLB BLACK BULL RUN, LP**<br>**16250 KNOLL TRAIL**<br>**SUITE 201**<br>**DALLAS, TX 75248** | **60 PERCENT** |

OR,

_____   There are no entities to report.

By /s/James A. Patten
_____
**JAMES A. PATTEN**
Signature of Attorney

Counsel for   **BLACK BULL RUN DEVELOPMENT LLC**

Bar no.:   **1191**

Address.:   **PATTEN, PETERMAN, BEKKEDAHL & GREEN PLLC**
**2817 2ND AVENUE NORTH**
**STE 300**
**BILLINGS, MT 59101**

Telephone No.:   **406-252-8500**

Fax No.:

E-mail address:   **japatten@ppbglaw.com**

**UNITED STATES BANKRUPTCY COURT**
**District of Montana**

In re:   **BLACK BULL RUN DEVELOPMENT LLC**                                    Case No. _____

                                                                               Chapter   **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:                     $        **460,000.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2.  Gross Monthly Income:                                                         $                **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---:|
| 3. | Net Employee Payroll (Other Than Debtor) | $ **0.00** |
| 4. | Payroll Taxes | **0.00** |
| 5. | Unemployment Taxes | **0.00** |
| 6. | Worker's Compensation | **0.00** |
| 7. | Other Taxes | **0.00** |
| 8. | Inventory Purchases (Including raw  materials) | **0.00** |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | **0.00** |
| 10. | Rent (Other than debtor's principal residence) | **0.00** |
| 11. | Utilities | **1,000.00** |
| 12. | Office Expenses and Supplies | **0.00** |
| 13. | Repairs and Maintenance | **100.00** |
| 14. | Vehicle Expenses | **0.00** |
| 15. | Travel and Entertainment | **0.00** |
| 16. | Equipment Rental and Leases | **0.00** |
| 17. | Legal/Accounting/Other Professional Fees | **0.00** |
| 18. | Insurance | **0.00** |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | **0.00** |

    20.  Payments to Be Made Directly By Debtor to Secured Creditors For
        Pre-Petition Business Debts (Specify):

        **None**                                                               _____

    21.  Other (Specify):

| | |
|---|---:|
| **MISC - MODELS** | **100.00** |
| **LEASE - GALLATIN** | **4,600.00** |
| **LEASE - YELLOWSTONE** | **6,800.00** |
| **HOUSECLEASING - MODELS** | **400.00** |
| **REAL ESTATE TAXES** | **19,627.61** |

    22.  Total Monthly Expenses (Add items 3 - 21)                          $       **32,627.61**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)      $      **(32,627.61)**