James A. Patten (ID # 1191)
Craig D. Martinson (ID # 953)
Juliane E. Lore (ID # 9786)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
2817 Second Ave. North, Suite 300
Billings, MT 59101
Telephone (406) 252-8500
Facsimile: (406) 294-9500
Email: japatten@ppbglaw.com
      cmartinson@ppbglaw.com
      jlore@ppbglaw.com
Attorneys for Black Bull Run Development LLC

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE | ) |
| | ) |
| BLACK BULL RUN DEVELOPMENT, LLC, | ) Case No. 10-60593 |
| | ) |
| Debtor. | ) DEBTOR'S MOTION TO |
| | ) CONVERT |

BLACK BULL RUN DEVELOPMENT LLC, debtor and debtor in possession above-named, by and through its attorney, James A. Patten, hereby moves, pursuant to 11 U.S.C. § 1112(a) to convert this case to one under Chapter 7 of the Bankruptcy Code.

Pursuant to Mont. LBR 1017-1(a)(1) no notice otherwise required by Mont. LBR 9013-1 is required and this motion is to be granted without a hearing.

So moved this 16th day of June, 2010.

      **PATTEN, PETERMAN, BEKKEDAHL**
      **& GREEN, PLLC**
      2817 2nd Avenue North Suite 300
      Billings, MT 59101

      /s/ J. A. Patten
      James A. Patten
      Attorneys for Black Bull Run Development LLC

1