IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE ) | |
| ) | |
| **BLACK BULL RUN DEVELOPMENT, LLC**, ) | Case No. 10-60593 |
| ) | |
| Debtor. ) | |
| _____ ) | |

### ORDER CONVERTING CASE TO CHAPTER 7

**AT BUTTE, MONTANA IN SAID DISTRICT THIS 16TH DAY OF JUNE, 2010.**

Black Bull Run Development LLC, the Debtor and Debtor-in-possession in the above-captioned case having moved this Court on June 16, 2010, pursuant to 11 U.S.C. § 1112(a) to convert this case to one under Chapter 7 of the Bankruptcy Code and no notice and opportunity for hearing to such motion being required pursuant to Mont. LBR 1017-1(a)(1),

**IT IS ORDERED** Debtor's motion to convert, filed June 16, 2010 (Docket No. 85) is granted and this case is converted to a case under Chapter 7 of the Bankruptcy Code.

BY THE COURT

/s/ Ralph B. Kirscher
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana

1