UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**BLACK BULL RUN
DEVELOPMENT LLC**,

Debtor.

Case No. **10-60593-7**

# O R D E R

At Butte in said District this 21st day of June, 2010.

In this Chapter 7 bankruptcy, the Trustee filed an Application to Serve as Attorney on June 18, 2010, requesting authority to employ himself as attorney for the estate. Upon review of the Petition and the Affidavit of the Trustee, Joseph Womack, it appears that said professional is duly qualified to perform the tasks for which employment is sought. In addition, the Court is satisfied that said professional represents no interest substantially adverse to Debtor, or to Debtor's estate in the matters upon which this case concerns and that employment is necessary and would be in the best interest of the estate. Accordingly,

IT IS ORDERED the Application is approved; the Trustee is authorized to employ himself as attorney for the estate; and all fees paid to Joseph Womack, in his capacity as counsel for the estate, are subject to the approval of this Court upon the filing of a proper application for reasonable professional fees--determined pursuant to the standards specified in 11 U.S.C. § 330--

1

and reimbursement for actual, necessary expenses in accordance with Mont. LBR 2016-1.

                                      BY THE COURT

                                      */s/ Ralph B. Kirscher*
                                      HON. RALPH B. KIRSCHER
                                      U.S. Bankruptcy Judge
                                      United States Bankruptcy Court
                                      District of Montana